CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Raul Uriarte-Limon,**<br><br>    Plaintiff,<br><br>   v.<br><br>**Wendy C. Foley;<br>Kevin W. Haynes;<br>Country Farm Supply,** a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case No**. 5:20-cv-00569-MWF-KK<br><br>**Plaintiff's Declaration in Support of Plaintiff's OSC Response re: Supplemental Jurisdiction** |

**RAUL URIARTE-LIMON DECLARES:**

1. I am the plaintiff in this matter and, in that capacity, am familiar with the contents herein and if called and duly sworn, could competently testify to them.

2. I have filed 10 or more complaints alleging a construction-related accessibility violation within the 12-month period immediately preceding the filing of the current complaint, which alleges a construction-related accessibility violation.

3. In the filing of these complaints, I have not been the client of a qualified legal services project or a qualified support center, as defined in section 6213 of the California Business and Professions Code.

4. It is, therefore, my understanding that I qualify as a high-frequency litigation as that term is used by California law.

5. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge.

Dated: August 21, 2019

CENTER FOR DISABILITY ACCESS

By: _____
Raul Uriarte-Limon
Plaintiff

Plaintiff's Dec