# PROOF OF SERVICE

### Uriarte-Limon v. Foley (6160 Riverside Dr)
### CASE #: 5:20-cv-00569-MWF-KK

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 8033 Linda Vista Road, Suite 200 San Diego, CA 92111

On April 3, 2020 I served the following document(s):
- **Plaintiff's OSC Response re: Supplemental Jurisdiction**
- **Plaintiff's Declaration in Support of Plaintiff's OSC Response re: Supplemental Jurisdiction**
- **Declaration of Russell C. Handy in Support of Plaintiff's OSC Response re: Supplemental Jurisdiction**
- **Exhibit 1 and 2**

Addressed to:

| Wendy C. Foley | Kevin W. Haynes | Country Farm Supply |
|---|---|---|
| 4752 Prospect Ave | 225 S Mall PL | 6160 Riverside Drive |
| Yorba Linda, CA 92886 | Anaheim, CA 92804 | Chino, CA 91710 |

☑ <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐ <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐ <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☑ <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on April 3, 2020, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Natalie Messer

PROOF OF SERVICE