CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>   Plaintiff,<br><br>   v.<br><br>WENDY C. FOLEY;<br>KEVIN W. HAYNES;<br>COUNTRY FARM SUPPLY, a California Corporation; and Does 1-10,<br><br>   Defendants. | **Case:** 5:20-cv-00569-MWF-KK<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Raul Uriarte-Limon, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants WENDY C. FOLEY; KEVIN W. HAYNES and COUNTRY FARM SUPPLY, a California Corporation have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: June 15, 2020            CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Lockhart Seabock
                                Amanda Lockhart Seabock
                                Attorney for Plaintiff

1

Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(i)